UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL SOLIZ,<br><br>               Defendant. | NO.  CR-08-2110-LRS<br><br>**ORDER DECLARING MISTRIAL AND SETTING NEW TRIAL DATE AND PRETRIAL CONFERENCE DATE** |

    This matter came on for jury trial on September 14, 2009, and concluded on September 15, 2009, when the Court declared a mistrial on sole count in the **Indictment** (Ct. Rec. 1).  The government was represented by Assistant United States Attorney Thomas Hanlon, Esq. The Defendant, Michael Soliz, was present and represented by Lee Edmond, Esq.  This Order is entered to memorialize the oral rulings of the Court.

    On September 15, 2009, the jury in the above-captioned case sent a note to the Court, indicating that they were unable to reach a unanimous verdict.  Following receipt of the note, the Court examined the jury, in the presence of counsel, and the defendant.  For the reasons set forth in the oral record, the Court concluded that the jury was hopelessly deadlocked and that further deliberation would not

ORDER ~ 1

assist in reaching a unanimous verdict.  Counsel for the parties were given the opportunity to be heard on the issue of whether a mistrial should be declared and neither counsel objected to such a determination by the Court.

Accordingly, the Court declared a mistrial on the sole count, and discharged the jury on September 15, 2009.

**IT IS HEREBY ORDERED**:

1.  The Court declares a **MISTRIAL** on the sole count of the Indictment (Ct. Rec. 1).

2.  Defendant's new speedy trial interval on the sole count of the Indictment shall begin with the entry of this Order memorializing the oral ruling of the Court.  *See* 18 U.S.C. § 3161(e) (stating trial to "commence within seventy days from the date the action occasioning the retrial becomes final"); *United States v. Crook*s, 804 F.2d 1441 (9th Cir. 1986) (holding under 18 U.S.C. § 3161(e) that "district court's order, not the dismissal of the jury, constituted the action occasioning the new trial").

3.  Defendant's NEW TRIAL on the Indictment is set for **November 9, 2009** at **9:00 a.m.** in **Yakima**, Washington.  **Counsel shall meet with the Court in Chambers at 8:30 a.m. on the day of trial.  Any motions will be addressed at a pretrial conference in open court at 8:30 a.m.**

4.  All pretrial motions, including motions *in limine*, must be filed and served **NO LATER THAN October 15, 2009.**  Responses and replies to any motions shall be filed and served in accordance with LR 7.1(c) and (d).

ORDER ~ 2

5. The **Pretrial Conference** is **SET** for **October 29, 2009 at 9:30 a.m.** in **Yakima**, Washington. At this hearing, the Court will hear all pretrial motions, including motions *in limine*.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Marshal Service, and the Jury Administrator.

**DATED** this 17th day of September, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE