PROB 12C
(7/93)

Report Date: October 15, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Soliz                    Case Number: 2:08CR02110-001

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/17/2010

| | | |
|---|---|---|
| Original Offense: | Obstructing Justice by Retaliating Against a Witness, 18 U.S.C. § 1513(b)(1) | |
| Original Sentence: | Prison - 48 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 10/12/2012 |
| Defense Attorney: | Edmond Lee Edmond | Date Supervision Expires: 10/11/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1          **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

           **Supporting Evidence**: Mr. Soliz reported to the U.S. Probation Office on October 15, 2012, and submitted a urinalysis which tested presumptive positive for methamphetamine and opiates. The defendant admitted to using methamphetamine and taking a pill for pain on October 13, 2012.

2          **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

           **Supporting Evidence**: Mr. Soliz reported to the U.S. probation Office on October 15, 2012, and admitted to consuming alcohol from October 12, through 14, 2012.

Prob12C
Re: Soliz, Michael
October 15, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/15/2012

Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/15/12
Date