PROB 12C
(7/93)

Report Date: February 19, 2013

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Soliz                Case Number: 2:08CR02110-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/17/2010

| | | |
|---|---|---|
| Original Offense: | Obstructing Justice by Retaliating Against a Witness, 18 U.S.C. § 1513(b)(1) | |
| Original Sentence: | Prison - 48 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 10/12/2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 10/11/2015 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/20/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On February 14, 2013, Mr. Soliz was arrested in the District of Oregon. He did not secure permission to travel outside of the Eastern District of Washington. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/19/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Soliz, Michael
February 19, 2013
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

3/1/13
Date